FILED

04/12/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0106

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Case No. DA 23-0106

| | |
|---|---|
| CITY OF CUT BANK,<br><br>                    Plaintiff/Appellee,<br><br>-vs-<br><br>CHAD MICHAEL LARSON,<br><br>                    Defendant/Appellant. | **ORDER** |

Upon consideration of Appellant's Second Motion for Extension of Time Pursuant to Rule 26(1), M. R. App. P., and good cause appearing,

**IT IS HEREBY ORDERED** that Appellant is granted an extension of time up to and including May 17, 2023 within which to prepare, file, and serve Appellant's opening brief on appeal.

ELECTRONICALLY DATED AND SIGNED BELOW.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 12 2023